**Exhibit A to the Complaint**

**Location:** New Milford, CT  
**Total Works Infringed:** 32  
**IP Address:** 32.211.108.204  
**ISP:** Frontier Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/09/2018 21:51:15 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 2 | 082C43A6A41C30507682EB32F25A418C5223436D | Blacked | 07/19/2018 17:24:51 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 3 | 097562BFB61402FE0909EB68B407AF7CCCD6BCEE | Vixen | 11/03/2018 11:47:21 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 4 | 0D6FADCB601F5F2DA307D2B6E498C67BE837AACC | Blacked | 07/19/2018 17:16:14 | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 5 | 27F42A4A6FB2E6D94723A30D48E14C2384E955D3 | Blacked Raw | 09/10/2018 13:15:12 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 6 | 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77 | Blacked | 07/19/2018 15:05:16 | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 7 | 2FEF8C6862CCC28341F10FF8FB905E9CB161F500 | Blacked Raw | 11/10/2018 16:53:25 | 11/08/2018 | 12/09/2018 | 17210230993 |
| 8 | 30DA489597F6D7CBEA57C6287564FA8325DBC4F8 | Blacked Raw | 07/25/2018 13:39:20 | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 9 | 3BF616A8556DA6801124C26EA864439649D28569 | Vixen | 11/03/2018 11:02:09 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 10 | 45425209566F2AA2F088B2BF0B383880305077CC | Vixen | 11/08/2018 20:32:49 | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 11 | 48FC851FEDE158FA68466F2C2EC15D57A24CE18A | Blacked Raw | 07/25/2018 14:31:42 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 12 | 50E15D2CBEC667D65E27914E8CD54CFC687BA554 | Vixen | 11/03/2018 11:34:04 | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 13 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 07/19/2018 15:41:35 | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 14 | 6104B7F50999C9346F73522A4B8CFC0684D6B48E | Blacked Raw | 07/25/2018 14:31:14 | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 15 | 728E744757CA66283ECF308C708826DD2844A11D | Blacked | 07/19/2018 17:34:03 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 16 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | Blacked Raw | 11/10/2018 16:59:19 | 09/04/2018 | 11/01/2018 | 17093718081 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 79BBEE7B2CC652E40847301A6CE92D666A8D88B2 | Blacked | 10/31/2018 22:15:22 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 18 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 07/19/2018 17:13:57 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 19 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 07/19/2018 14:56:47 | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 20 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 07/19/2018 17:14:17 | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 21 | 87E1EB78BA0C1020BF560F481EB765F2FB0FC8E5 | Blacked | 07/19/2018 17:27:01 | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 22 | 958114234F010ED12787587C6B9FA13E19388CF1 | Vixen | 11/03/2018 10:50:55 | 10/26/2018 | 12/09/2018 | 17210310412 |
| 23 | A697DE308520A74A35929A48D834E6A10747F054 | Blacked | 10/17/2018 19:02:51 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 24 | AF96EE573EB75078F49ABE87BB1FE91A3F15C177 | Blacked | 07/19/2018 15:18:06 | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 25 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 07/19/2018 18:05:13 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 26 | CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A | Blacked | 11/08/2018 21:24:05 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 27 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 07/21/2018 13:31:48 | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 28 | DFE2270AE1CEF9626277E4881D2B98E547BDDEBA | Blacked | 07/16/2018 18:28:04 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 29 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 07/19/2018 18:26:50 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 30 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 07/19/2018 15:40:40 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 31 | FE8586A3E2E42843D97F31A442D43074550DF1E1 | Blacked Raw | 10/19/2018 01:53:24 | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 32 | FE8DD34DB8CD2E7E7BFA80D91BD090D627D7990A | Blacked Raw | 07/25/2018 14:54:40 | 06/06/2018 | 07/14/2018 | PA0002128447 |